UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INDIANA FARMERS MUTUAL
INSURANCE COMPANY,

    Plaintiff,

v.                                        Case No: 8:19-cv-61-T-36CPT

ANTONIO ORDONEZ HERNANDEZ,

    Defendant.

_____/

## O R D E R

This matter comes before the Court on Plaintiff's Motion for Default (Doc. 17). The Motion for Default does not contain a memorandum of legal authority to support Plaintiff's request. Pursuant to Local Rule 3.01(a), a moving party must "include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document not more than twenty-five (25) pages." Because Plaintiff's Motion for Default does not comply with the Local Rules, it is denied without prejudice to filing a motion that complies with the Local Rules.

    **Accordingly, it is ORDERED**:

1.    Plaintiff's Motion for Default (Doc. 17) is **DENIED without prejudice.**

**DONE AND ORDERED** in Tampa, Florida on June 17, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any